No. 98–9308. CROSS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist.; and

No. 98–9504. COOPER *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Lilly* v. *Virginia,* 527 U. S. 116 (1999).

No. D–1961. IN RE DISBARMENT OF WEISSER. Disbarment entered. [For earlier order herein, see 524 U. S. 913.]

No. D–2073. IN RE DISBARMENT OF NUNES. Disbarment entered. [For earlier order herein, see 526 U. S. 1128.]

No. D–2076. IN RE DISBARMENT OF PATT. Disbarment entered. [For earlier order herein, see 526 U. S. 1143.]

No. D–2088. IN RE DISBARMENT OF ROBINS. Disbarment entered. [For earlier order herein, see 527 U. S. 1020.]

No. D–2101. IN RE DISBARMENT OF JACOBS. Patricia Dianne Jacobs, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2102. IN RE DISBARMENT OF EAGLE. Saul L. Eagle, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.